```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS, individually and on behalf of other employees similarly situated,

                 Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and LOTUS MANAGEMENT SERVICES, INC.,

                 Defendants.

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On September 24, 2021, the Court directed Defendant Fordham Fulton Realty Corp. ("Fordham Fulton") to inform the Court whether it had retained new counsel by October 8, 2021. ECF No. 29. That submission is now overdue. By **October 25, 2021**, Fordham Fulton shall inform the Court whether it has obtained new counsel.

       The Court reiterates that Fordham Fulton must appear through an attorney to continue defending itself in this action because a corporation is not permitted to appear in court unless it does so through a lawyer. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001).

       SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                                      ANALISA TORRES
                                             United States District Judge