UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS, individually and on behalf of other employees similarly situated,

                Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and LOTUS MANAGEMENT SERVICES, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/5/2021_

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 28, 2021, Plaintiff Juan Elias De Jesus brought this action against Defendants Fordham Fulton Realty, Corp. and Lotus Management Services, Inc. ECF No. 1. Defendant Fordham Fulton Realty appeared in this action. *See* ECF Nos. 16–25. On September 24, 2021, the Court granted Fordham Fulton Realty's attorney's motion to withdraw. ECF No. 29. The Court warned Fordham Fulton Realty that it "must appear through an attorney to continue defending itself in this action because a corporation is not permitted to appear in court unless it does so through a lawyer. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001)." ECF No. 29 at 2; ECF No. 31. The Court instructed Fordham Fulton Realty to inform the Court whether it had retained new counsel by October 8, 2021. ECF No. 29. The Court then extended the deadline until October 25, 2021. ECF No. 31. As of the date of this Order, Fordham Fulton Realty has not informed the Court whether it has retained new counsel.

      As all Defendants, therefore, have not appeared or are unable to appear in this Court, by **December 3, 2021**, Plaintiff shall move for entry of default and default judgment in accordance with Rule 55 of the Federal Rules of Civil Procedure, Local Civil Rule 55.1, and Attachment A of this Court's Individual Practices in Civil Cases. The status conference set for November 16, 2021 is ADJOURNED *sine die*.

      SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge