UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   Case No. **1:20-cv-10951-AT**

JUAN ELIAS DE JESUS, individually and on behalf of
other employees similarly situated,

                              Plaintiff,                       **NOTICE OF MOTION**

          -against-

FORDHAM FULTON REALTY, CORP. and LOTUS
MANAGEMENT SERVICES, INC.,

                              Defendants.

------------------------------------------------------------------X

     Please take notice that, upon the annexed declaration of Michael Faillace, and attached exhibits, and the declaration of Plaintiff JUAN ELIAS DE JESUS, the accompanying memorandum of law, and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendants FORDHAM FULTON REALTY, CORP. and LOTUS MANAGEMENT SERVICES, INC. ("Defendants").

     Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       December 27, 2021

                                            */S/ Glendoval J. Stephens*
                                            THE STEPHENS LAW FIRM PLLC
                                            By: Glendoval J. Stephens
                                            305 Broadway Ste 1200
                                            New York, NY 10007
                                            (212) 385-1400
                                            gjs@stephenslawny.com
                                            Attorneys for Plaintiff