```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS, individually and on behalf of other employees similarly situated,

                Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and LOTUS MANAGEMENT SERVICES, INC.,

                Defendants.

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 28, 2021, Plaintiff moved for default judgment against Defendants. ECF No. 45. In support, Plaintiff submitted a memorandum of law, two affidavits with accompanying exhibits, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 45–47. Accordingly:

1. On **March 1, 2022**, at **11:00 a.m.**, Defendants shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **January 7, 2022**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers, ECF Nos. 45–47, on Defendants by first-class mail or hand-service **and** service on the Secretary of State under N.Y. Business Corp. Law § 306.

3. By **January 12, 2022**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **January 28, 2022**, Defendants shall respond to Plaintiff's motion.

5. By **February 11, 2022**, Plaintiff shall submit his reply, if any.

SO ORDERED.

Dated: January 3, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge