

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2022_

January 21, 2022

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Juan Elias de Jesus v. Fordham Fulton Realty Corp. *et al.*
            Case No. 1:20-cv-10951-AT
            Request for Extension of Time to Serve by Secretary of State

Dear Judge Torres:

I am counsel for the Plaintiff in the above-caption matter.

As per the Court's Order dated January 18, 2021 (Dkt No. 54), Plaintiff completed service of the Order to Show Cause dated January 3, 2022 (Dke No. 49), together with ancillary documents, on January 18, 2022. However, I have been advised by our process server that due to delays at the office of the Secretary of State, compounded by the holiday on January 17, 2022, an Affidavit of Service cannot yet be prepared, as the Secretary of State has not yet provided a receipt confirming the delivery of the papers for service. I have confirmed with our process server that this receipt should be available on time for an affidavit of service to be prepared and delivered to us by Friday, January 28, 2022.

Furthermore, I communicated today with incoming counsel, who confirmed that Plaintiff will be able to appear in this matter by new counsel as soon as next week. As previously indicated, once new counsel appears in the matter, the parties anticipate resolving this matter amicably through a Stipulation of Settlement.

For the foregoing reasons, I respectfully request that the Court grant an extension of time to to file proof of service to January 28, 2022.

This is the third request for the relief sought herein. This additional request is being made for the reasons set forth herein.

Yours truly,

/S/

Glendoval J. Stephens


GRANTED.

SO ORDERED.

Dated: January 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge