UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS, individually and on behalf of other employees similarly situated,

                        Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and LOTUS MANAGEMENT SERVICES, INC.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because Plaintiff has withdrawn his motion for a default judgment against Defendants, ECF No. 61, the conference scheduled for March 1, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge