

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022
```

Douglas E. Rowe
Partner
Direct Dial 516.296.7102
drowe@certilmanbalin.com

June 15, 2022

Honorable Analisa Torres,
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15D
500 Pearl Street
New York, NY 10007

      **RE:**    **Juan Elias de Jesus v. Fordham Fulton Realty Corp. et al.**
             S.D.N.Y, Docket No. 20-CV-10951(AT)

Dear Judge Torres:

      This firm represents Defendants in connection with the above-referenced matter. We write with the consent of Plaintiff's counsel to respectfully request a brief extension of time to July 8, 2022, for the parties to file the joint letter motion for settlement approval. The parties are in the process of finalizing and executing the written settlement agreement and anticipate having all necessary signatures exchanged within this period.

      The parties jointly thank the Court in advance for its attention to this matter.

                                      Respectfully submitted,

                                      Certilman Balin Alder & Hyman, LLP

GRANTED.

SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge