

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2022

July 22, 2022

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:  **Juan Elias de Jesus v. Fordham Fulton Realty Corp.** *et al.*
       Case No. 1:20-cv-10951-AT
       **Request for Extension of Time to Serve**

Dear Judge Torres:

I am counsel for the Plaintiff in the above-caption matter.

I write this letter to request a further extension of time to file a motion for approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Since the Court last granted an extension of time to file a *Cheeks* motion, I have made contact with defense counsel, who confirmed that his office still represents both defendants in this matter, and that he is awaiting the return of the executed proposed settlement agreement. As the deadline to file a *Cheeks* motion in the matter has approached, I again attempted to contact counsel to inquire as to the status of the proposed settlement agreement, and to obtain counsel's consent to request an extension of time to file a *Cheeks* motion, given the proximity of the deadline for filing. I have received no response from counsel. For the foregoing reason, I am therefore constrained to make this *ex-parte* request that the Court grant a further extension of time to file a *Cheeks* motion of at least three weeks so that I may make further inquiries of defense counsel regarding the execution of the proposed settlement agreement.

Thank you for your consideration of this request.

Yours truly,

/S/

Glendoval J. Stephens


GRANTED.

SO ORDERED.

Dated: August 29, 2022
    New York, New York

                     ANALISA TORRES
                  United States District Judge