UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS,

                Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and
LOTUS MANAGEMENT SERVICES, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/19/2022_

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 29, 2022, the Court granted an extension of time for the parties to submit their proposed settlement agreement. ECF No. 81. Accordingly, the parties shall submit their proposed settlement agreement by **September 26, 2022**.

    SO ORDERED.

Dated: September 19, 2022
       New York, New York

                                                  ANALISA TORRES
                                      United States District Judge