```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024
```

January 22, 2024

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    Juan Elias de Jesus v. Fordham Fulton Realty Corp. *et al.*
            Case No. 1:20-cv-10951-AT
            Request for Extension of Time to Serve

Dear Judge Torres:

I am counsel for the Plaintiff in the above-caption matter, and write the Court with the consent of counsel for Defendants.

In accordance with the Court's Order dated December 14, 2023, the parties have agreed to modify the Settlement Agreement to remove any unnecessarily burdensome future restrictions on Plaintiff's actions, and are prepared to submit an amended motion for approval of the settlement agreement pursuant to ***Cheeks v. Freeport Pancake House, Inc.***, 796 F.3d 199 (2d Cir. 2015). However, not all parties have as yet been able to sign the modified Settlement Agreement. In order to provide all parties with an opportunity to execute the updated Settlement Agreement, the parties hereby request a two-week extension of time to file the amended motion for approval.

Thank you for your consideration of this request.

Yours truly,

/S/

Glendoval J. Stephens



GRANTED.  By **February 6, 2024**, the parties shall file their revised settlement agreement and motion for approval.

SO ORDERED.

Dated:  January 23, 2024
          New York, New York

                                                        ANALISA TORRES
                                                  United States District Judge