UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ELIAS DE JESUS,

                Plaintiff,

-against-

FORDHAM FULTON REALTY, CORP. and
LOTUS MANAGEMENT SERVICES, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/8/2024_

20 Civ. 10951 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 23, 2024, the Court granted an extension of time for the parties to submit their proposed settlement agreement. ECF No. 89. That submission is now overdue. Accordingly, the parties shall submit their proposed settlement agreement by **February 20, 2024**.

    SO ORDERED.

Dated: February 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge